**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Brad Wilhelm | : | Case No.: 20-12602(AMC) |
| | : | |
| Debtor | : | Chapter 13 |

**EXPEDITED HEARING ON MOTION TO RECONSIDER DISMISSAL**

**AND NOW**, upon consideration of the Expedited Motion to Reconsider Dismissal ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on  July 14, 2020  at **11 a.m.**, in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, **Courtroom No. 4**, Philadelphia, Pennsylvania, 19107.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on July 1, 2020**.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail **no later than 5:00 p.m. on**  July 3, 2020 .

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:** June 30, 2020

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**